# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**MICHAEL SCOTT,**
    **Plaintiff,**

v.                                      **CASE NO. 1:13-cv-104-MW/GRJ**

**UNITED STATES OF AMERICA,**

    **Defendant.**

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered the Magistrate's Report and Recommendation, ECF No.10, filed September 5, 2013. No response having been filed by the Plaintiff, upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.

The Clerk shall enter judgment stating, "This case is **DISMISSED** pursuant to 28 U.S.C. §1915(g) because Plaintiff has three strikes and the case should be **DISMISSED** as frivolous pursuant to 28 U.S.C. §1915A(b)(1). Plaintiff's motion

1

to proceed as a pauper is **DENIED.**" The Clerk shall close the file.

    **SO ORDERED on September 23, 2013.**

                                                 <u>**s/Mark E. Walker**</u>
                                                 **United States District Judge**